```
                                          CLERK'S OFFICE U.S. DIST. COURT
                                              AT ROANOKE, VA
                                                  FILED
                                              DEC 0 4 2006
                                          JOHN F. CORCORAN, CLERK
                                          BY:
                                              DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JONATHAN CRAWFORD, | |
| Petitioner, | Civil Action No. 7:06cv00713 |
| v. | **MEMORANDUM OPINION** |
| DIRECTOR OF VADOC GENE JOHNSON, | |
| | By: Samuel G. Wilson |
| Respondent. | United States District Judge |

Jonathan Crawford made a request to the court initially construed as a petition pursuant to 28 U.S.C. § 2254 challenging Crawford's conviction in the circuit court for the County of Mecklenburg, Virginia of rape and malicious wounding. Crawford previously filed a § 2254 petition in the United States District Court for the Eastern District of Virginia challenging his conviction. That court denied his petition, Crawford v. Johnson, 2:04 cv 725 (2006), and Crawford did not appeal. Consequently, if Crawford were seeking § 2254 relief, Crawford's petition would be an unauthorized successive petition, and the court would be required to dismiss it on that ground. In hindsight, however, the court now concludes that Crawford is simply moving the court to appoint counsel to assist him in the preparation of a habeas petition and denies his motion because he has failed to demonstrate a sufficient reason for the appointment of counsel.

**ENTER:** This December 4, 2006.

_____
UNITED STATES DISTRICT COURT