IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JONATHAN CRAWFORD, | ) | |
| Petitioner, | ) | Civil Action No. 7:06cv00713 |
| v. | ) | **FINAL ORDER** |
| DIRECTOR OF VADOC GENE JOHNSON, | ) | |
| | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

In accordance with the court's memorandum opinion entered on this date it is

**ORDERED** and **ADJUDGED** that Jonathan Crawford's motion for the appointment of counsel is **DENIED**, and this matter is **STRICKEN** from the docket of the court.

**ENTER**: This December 4, 2006.

_____
UNITED STATES DISTRICT JUDGE